# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. CASE NO. 4:11-CV-00795 BSM | |
| $6,668.64 FROM EAGLE BANK AND TRUST ACCOUNT NO. xxxxx5603; *et al* | DEFENDANTS |
| LYNN ESPEJO and PANCHO ESPEJO | CLAIMANTS |

## ORDER

The government's motion for voluntary dismissal [Doc. No. 28] is granted, *see United States v. Lynn Espejo*, Case No. 4:14-CR-00201 KGB, Doc. No. 198, and this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE