IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                      CASE NO. 4:11-CV-00795 BSM

$6,668.64 FROM EAGLE BANK AND TRUST
ACCOUNT NO. xxxxx5603; *et al*                                          DEFENDANTS

LYNN ESPEJO and PANCHO ESPEJO                                           CLAIMANTS

## JUDGMENT

Consistent with the order entered on this day, the case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of December 2017.

_____
UNITED STATES DISTRICT JUDGE